UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2021
```

--------------------------------------------------------------- X
                                              :
G.S.,                                         :
                                              :
                          Plaintiff,          :          1:20-cv-10729-GHW
                                              :
            -v -                              :               ORDER
                                              :
NEW YORK CITY DEPARTMENT OF                   :
EDUCATION,                                    :
                                              :
                          Defendant.          :
                                              :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 13, 2021, the Court granted Defendant's request to stay this case for ninety days.
Dkt. No. 15.  There has been no request to extend it.  The Court now lifts that stay.

The initial pretrial conference that was previously scheduled for June 18, 2021, Dkt. No. 13,
will take place on October 4, 2021 at 4:00 p.m.  The joint letter and proposed case management plan
described in the Court's April 4, 2021 order, Dkt. No. 13, are due no later than September 27, 2021.

The Clerk of Court is directed to lift the stay.

SO ORDERED.

Dated:  August 28, 2021
        New York, New York

_____
        GREGORY H. WOODS
        United States District Judge